UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AARON MORRIS SWENSON, | Civil No. 23-2558 (JRT/DLM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| LISA STENSETH, Warden, | |
| Respondent. | |

---

Aaron Morris Swenson, OID #221063, MCF Rush City, 7600 525th Street, Rush City, MN 55069, *pro se* petitioner.

Travis James Smith, **MURRAY COUNTY ATTORNEY'S OFFICE,** 2651 Broadway Avenue, Slayton, MN 56172, for defendants.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation ("R&R") on Mach 15, 2024. (ECF No. 22.) No objections have been filed to that R&R in the time permitted.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The March 15, 2024 Report and Recommendation (ECF No. 22) is **ADOPTED**;

2. Petitioner Aaron Swenson's Amended Petition for Writ of Habeas Corpus (ECF No. 15) is **DENIED**; and

3. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 25, 2024             s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                              United States District Judge